**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| RIDUAN BIN ISOMUDDIN HAMBALI,<br><br>Petitioner,<br><br>v.<br><br>BARACK OBAMA, et al.,<br><br>Respondents. | Civil Action No.  10-0407 (JDB) |

**ORDER**

Upon consideration of [52] the parties' Joint Status Report, and the entire record herein, it is hereby **ORDERED** that all remaining obligations under the Case Management Order, with the exception of the public filing of the public version of the factual return by respondents, are **STAYED**, until either petitioner's counsel confirm to respondents that they are authorized by petitioner to represent him in this matter and will continue to do so, or substitute counsel enters an appearance and complies with the additional requirements under the protective order in this case for access to classified information.

**SO ORDERED**.

/s/ John D. Bates
JOHN D. BATES
United States District Judge

Dated: November 20, 2012